222 F.2d 369
 In the Matter of Aaron S. FREUDMAN, Bankrupt.
 No. 167, Docket 23302.
 United States Court of Appeals, Second Circuit.
 Argued March 7 and 8, 1955.
Decided March 29, 1955.
 
 Sidney M. Wittner, New York City, for bankrupt-appellant.
 Lyman Stansky, Trustee pro se, New York City, for trustee-respondent.
 Before MEDINA and HINCKS, Circuit Judges, and BURKE, District Judge.
 PER CURIAM.
 
 
 1
 Affirmed on opinion of Judge Dimock filed June 1, 1954, 130 F.Supp. 701.